**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GMRI, INC, and DARDEN RESTAURANTS, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 13-01302 WHA<br><br>**ORDER RE REQUEST FOR TRANSFER** |

　　　Before ruling on the parties' joint request to transfer, both counsel shall please file declarations stating the extent to which, if at all, the request for transfer is motivated in whole or in part by Docket Number 13. The declarations must be filed by **NOON ON APRIL 22**.

Dated: April 17, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE