UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  2:13-CV-00777-TLN-AC<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE ON MOTION FOR CLASS CERTIFICATION** |

ORDER

**ORDER**

The Court has read and considered the parties' Stipulation to Continue Deadline on Motion for Class Certification.

GOOD CAUSE APPEARING, the briefing schedule for Plaintiff's Motion for Class Certification is set as follows:

| | |
|---|---|
| February 14, 2014 | Deadline for Plaintiff to file Motion for Class Certification |
| March 17, 2014 | Deadline for Defendants to file Opposition brief |
| April 14, 2014 | Deadline for Plaintiff to file Reply brief |
| May 08, 2014 at 2:00 p.m. | Hearing on Plaintiff's Motion for Class Certification |

**IT IS SO ORDERED.**

Dated: January 10, 2014

Troy L. Nunley
United States District Judge