1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:13-CV-00777-TLN-AC<br><br>**ORDER RE: SECOND STIPULATION TO CONTINUE DEADLINE ON MOTION FOR CLASS CERTIFICATION** |

ORDER

**ORDER**

The Court has read and considered the parties' Second Stipulation to Continue Deadline on Motion for Class Certification.

GOOD CAUSE APPEARING, the briefing schedule for Plaintiff's Motion for Class Certification is set as follows:

| | |
|---|---|
| March 3, 2014 | Deadline for Plaintiff to file Motion for Class Certification |
| April 2, 2014 | Deadline for Defendants to file Opposition brief |
| May 2, 2014 | Deadline for Plaintiff to file Reply brief |
| June 5, 2014 at 2:00 p.m. | Hearing on Plaintiff's Motion for Class Certification |

**IT IS SO ORDERED.**

Dated: February 11, 2014

Troy L. Nunley
United States District Judge