1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-CV-00777-TLN-AC<br><br>**ORDER RE: THIRD STIPULATION TO CONTINUE DEADLINE ON MOTION FOR CLASS CERTIFICATION** |

ORDER

**ORDER**

The Court has read and considered the parties' Third Stipulation to Continue Deadline on Motion for Class Certification.

GOOD CAUSE APPEARING, the briefing schedule for Plaintiff's Motion for Class Certification is set as follows:

| | |
|---|---|
| May 12, 2014 | Deadline for Plaintiff to file Motion for Class Certification |
| June 12, 2014 | Deadline for Defendants to file Opposition brief |
| July 14, 2014 | Deadline for Plaintiff to file Reply brief |
| July 31, 2014 at 2:00 p.m. | Hearing on Plaintiff's Motion for Class Certification |

In the event this Order is signed after Plaintiff's Motion for Class Certification is filed on March 3, 2014, Plaintiff shall be permitted to withdraw the same, without prejudice, for refiling in accordance with the schedule set forth herein.

**IT IS SO ORDERED.**

Dated: March 3, 2014

Troy L. Nunley
United States District Judge