UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC. d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV13-00777-TLN-AC<br><br>**ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

**ORDER**

The Court has read and considered the parties' Joint Stipulation to Continue the Briefing Schedule and Hearing on Plaintiff's Motion for Class Certification.

GOOD CAUSE APPEARING, the briefing schedule and hearing for Plaintiff's Motion for Class Certification is set as follows:

| | |
|---|---|
| July 3, 2014: | Deadline for Defendants to file Opposition brief |
| July 28, 2014: | Deadline for Plaintiff to file Reply brief |
| August 28, 2014 at 2:00 p.m. | Hearing on Plaintiff's Motion |

**IT IS SO ORDERED.**

Dated: June 5, 2014

_____
Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS

2.