UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC. d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV13-00777-TLN-AC<br><br>**ORDER FURTHER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER FURTHER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

# ORDER

The Court has read and considered the parties' Joint Stipulation to Continue the Briefing Schedule and Hearing on Plaintiff's Motion for Class Certification.

GOOD CAUSE APPEARING, the briefing schedule and hearing for Plaintiff's Motion for Class Certification is set as follows:

| | |
|---|---|
| August 14, 2014: | Deadline for Defendants to file Opposition brief |
| September 8, 2014: | Deadline for Plaintiff to file Reply brief |
| October 23, 2014: | Hearing on Plaintiff's Motion |

**IT IS SO ORDERED.**

Dated: June 20, 2014

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER FURTHER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR CLASS

2.