1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMRI, INC., d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:13-CV-00777-TLN-AC<br><br>**ORDER RE: THIRD STIPULATION TO CONTINUE DEADLINE ON MOTION FOR CLASS CERTIFICATION** |

21
22
23
24
25
26
27
28

ORDER

**ORDER**

The Court has read and considered the parties' Stipulation to Continue Deadline for Filing Reply Brief in Support of Motion for Class Certification.

GOOD CAUSE APPEARING, the deadline for Plaintiff to file a Reply in support of her Motion for Class Certification is continued from September 8, 2014 to September 22, 2014.

**IT IS SO ORDERED.**

Dated: September 3, 2014

Troy L. Nunley
United States District Judge