UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA BLUET-HARRISON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GMRI, INC. d/b/a Red Lobster, a Florida corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV13-00777-TLN-AC<br><br>**ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

ORDER CONTINUING THE HEARING ON DEFENDANTS' MSJ AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

**ORDER**

The Court has read and considered the parties' Joint Stipulation to Continue the Hearing on Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment and Plaintiff's Motion for Class Certification.

GOOD CAUSE APPEARING, the hearing for Defendants' Motion for Summary Judgment or, in the alternative, Partial Summary Judgment and Plaintiff's Motion for Class Certification is re-scheduled for December 11, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 21, 2014

Troy L. Nunley
United States District Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

ORDER CONTINUING THE HEARING ON DEFENDANTS' MSJ AND PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

2.