1  Matthew T. Theriault (SBN 244037)
   Matthew.Theriault@CapstoneLawyers.com
2  Robert Drexler (SBN 119119)
   Robert.Drexler@CapstoneLawyers.com
3  Jonathan Lee (SBN 267146)
   Jonathan.Lee@CapstoneLawyers.com
4  Capstone Law APC
   1840 Century Park East, Suite 450
5  Los Angeles, California 90067
   Telephone: (310) 556-4811
6  Facsimile: (310) 943-0396

7  Attorneys for Plaintiff Briana Bluet-Harrison

8  Carlos Jimenez (SBN 227534)
   cajimenez@littler.com
9  Littler Mendelson, P.C.
   2049 Century Park East, 5th Floor
10 Los Angeles, CA 90067.3107
   Telephone: (310) 553-0308
11 Facsimile: (310) 553-5583

12 Attorneys for Defendants GMRI, INC. and Darden Restaurants, Inc.

13

14               UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17 BRIANA BLUET-HARRISON,                  Case No.: 2:13-CV-00777-TLN-AC
   individually, and on behalf of other
18 members of the general public similarly  **ORDER GRANTING THE PARTIES'**
   situated,                                **STIPULATION TO DISMISS**
19
                  Plaintiffs,
20         vs.

21 GMRI, INC., d/b/a Red Lobster, a
   Florida corporation; DARDEN
22 RESTAURANTS, INC., a Florida
   corporation; and DOES 1 through 10,
23 inclusive,

24               Defendants.

25

26

27

28

## ORDER GRANTING STIPULATION TO DISMISS

The Court, having reviewed the parties' Joint Status Report and Request for Dismissal of Action With Prejudice, and finding that good cause has been shown, hereby orders that the above-captioned action is dismissed, in its entirety, with prejudice; provided, however, that if any party does not fully comply with all terms and conditions of the Joint Stipulation of Class Action Settlement and Release entered into by the Parties in the *Carter* Matter, upon receiving notice from any party that a party has not fully complied with any of the terms and conditions of the Joint Stipulation of Class Action Settlement and Release entered into by the Parties in the *Carter* Matter, then the dismissal shall be vacated and the parties will be returned to their original respective positions.

**IT IS SO ORDERED.**

Dated:  January 27, 2017

Troy L. Nunley
United States District Judge

ORDER GRANTING THE PARTIES' STIPULATION TO DISMISS